UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER MAGNONE   Plaintiff, | Case No. 07CV9605(WHP) |
| -v- | **Rule 7.1 Statement** |
| JANDY WARNER   Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

JANDY WARNER          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 10/31/07

Signature of Attorney

**Attorney Bar Code:** AB1853