CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK, Housing Part
-------------------------------------------------X

Peter Magnone,

      Petitioner-Landlord,

      -against-

Jandy Warner,

      Respondent-Tenant.
-------------------------------------------------X

***RESPONDENT DEMANDS JURY TRIAL***

Index No. L&T 07N092992

ANSWER

      Respondent-tenant, by her attorney A. M. Bentley, P.C., as and for an answer to the petition, alleges upon information and belief as follows:

      1.  Denies the allegations of ¶¶ 6, 7, and 9 of the petition.

      2.  Denies the allegations of ¶ 2 of the petition but admits respondent executed a document on 12/29/06 which was mailed to and received by petitioner, but has not been returned fully executed by him.

      3.  Denies knowledge or information sufficient to form a belief as to the truth of the allegations of ¶ 1 of the petition.

      4.  Denies ¶ 8 of the petition but admits receiving the two documents annexed hereto as Exhibits "A" and "B" respectively.

## DEFENSES

      5.  This Court has not jurisdiction of the subject matter of this proceeding.

      6.  Petitioner lacks capacity to sue.

7. The petition fails to state a cause of action upon which relief may be granted.

8. This Court has not jurisdiction of the person of the defendant.

9. The amount demanded has been held to be illegal by the doctrine of law of the case.

10. The amount demanded is subject to offset in an amount greater than that demanded.

11. The Court should not proceed in the absence of a person who should be a party.

## COUNTERCLAIMS

12. Respondent-tenant is entitled to her attorneys fees incurred in the defense of this proceeding in the event of respondent's success herein.

13. Respondent-tenant is entitled to her attorneys fees incurred in the defense of the prior recent proceeding between the parties as per order of the Court in dismissing such proceeding.

Dated:
New York, NY
October 28, 2007

/s/A.M.B.P.C
A. M. Bentley, P.C.
116 West 72nd Street
New York NY 10023
(212) 459-4067

TO:

Jason M. Green, Esq.
Green & Cohen, P.C.
Landlord's Counsel
319 East 91st Street—Prof. Suite
New York NY 10128