IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

Peter Magnone, d/b/a Vifast Realty Company

        Petitioner-Landlord,        Civil Action No.
                                          07 cv 9605 (WHP)

    -against-

                                          **CERTIFICATE OF SERVICE**

Jandy Warner

        Respondent-Tenant.

---------------------------------------------------X

    ANTHONY M. BENTLEY declares pursuant to 28 U.S.C. § 1746 as follows:

    1. I am tenant's counsel herein and a member of the bar of this Court.

    2. On the 28th day of October, 2007 at 0815 hours I served tenant's answer upon landlord's counsel which answer was received by landlord's counsel on October 30, 2007, at 0951 hours, as is more particularly evidenced by the USPS receipts annexed hereto.

    3. I verify under penalty of perjury that the foregoing is true and correct to my personal knowledge.

Executed:
New York NY
November 4, 2007

                                                  Anthony M. Bentley    #AB1853
                                                A. M. Bentley, P.C.
                                                116 West 72nd Street
                                                New York NY 10023-3315



# Shipping History

ANTHONY M BENTLEY - Account # 752397

## Label Details

### Label Detail Information

Download Results »  Insurance Claims »  Request Refund »  New Search »

Summary of Label # 0103 8555 7492 1744 6964

| Date | Transaction # | Label # | SCAN Form # | Status |
|---|---|---|---|---|
| 10/28/2007 | 101114388 | 0103 8555 7492 1744 6964<br>Track & Confirm | n/a | Credit Card Charged |

**Return Address**

ANTHONY M BENTLEY
A. M. BENTLEY, P.C.
116 W 72ND ST APT 4B
NEW YORK, NY 10023-3323

**Standardized Delivery Address** (?)

JASON M. GREEN, ESQ.
GREEN & COHEN, P.C.
319 E 91ST ST
PROFESSOR'S SUITE
NEW YORK, NY 10128-5348

**Package Information**

Weight: 0 lbs. 8 oz.
Shipping Date: 10/28/2007
ZIP Code™: 10023

Order Type: Single Label

Service Option: Priority Mail Flat Rate Env
Delivery Confirmation

Price: $4.60

Label Total: $4.60

< Back

Site Map  Contact Us  Forms  Gov't Services  Jobs  Privacy Policy  Terms of Use  National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



| | Home | Help | Sign In |

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 0103 8555 7492 1744 6964
Detailed Results:

- Delivered, October 30, 2007, 9:51 am, NEW YORK, NY 10128
- Electronic Shipping Info Received, October 28, 2007

< Back    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.
ANSWER
Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA