UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x
PETER MAGNONE,                          :

               Petitioner,        :

                       :

            -against-         :

JANDY WARNER,                           :

               Respondent.        :
- - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 9605 (WHP)(AJP)

ORDER OF REFERENCE TO
<u>MAGISTRATE JUDGE</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

            The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge.  The purpose(s) for reference is/are the following:

| | |
|---|---|
| ____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | __X__ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositve Motion/Dispute:* <br> _____ <br> _____ | ____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br> Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ Habeas Corpus |
| ____ Settlement* | ____ Social Security |
| ____ Inquest After Default/Damages Hearing | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br><br> Particular Motion:_____ <br> _____ <br> All such motions: ____ |

==================================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:  March 7, 2008
       New York, New York

                                 UNITED STATES DISTRICT JUDGE
                                 WILLIAM H. PAULEY III

*Counsel of Record:*

Jason S. Deutschmeister, Esq.
Brier Deutschmeister Urban & Fromme, P.C.
111 Broadway, Suite 810
New York, NY 10006
*Counsel for Petitioner*

Anthony Miles Bentley, Esq.
A.M. Bentley, P.C.
116 West 72nd Street
New York, NY 10023
212-459-4067
Fax: 212-877-2868
*Counsel for Respondent*