UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/20/08

PETER MAGNONE,

    Plaintiff,

  -against-

JANDY WARNER,

    Defendant.

------------------------------------ x

07 Civ. 9605 (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the parties' consent at today's conference, IT IS HEREBY ORDERED THAT this action (including all counterclaims) is dismissed without prejudice and without costs. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED: New York, New York
    March 20, 2008

             _____
             Andrew J. Peck
             United States Magistrate Judge

Copies **by fax & ECF** to: Jason S. Deutschmeister, Esq.
            Anthony M. Bentley, Esq.

C:\ORD\Dismiss.AJP